

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00374-CV

**SACYR CONSTRUCTION USA LLC,**

**Appellant**

**v.**

**FILES VALLEY WATER SUPPLY CORPORATION,**

**Appellee**

_____

**From the County Court at Law**
**Hill County, Texas**
**Trial Court No. CV418-24CCl**

## MEMORANDUM  OPINION

Sacyr Construction USA, LLC, and Files Valley Water Supply Corporation have filed an "Agreed Motion to Dismiss" asserting that they have settled their disputes in the underlying proceeding.  Accordingly, the parties request that we dismiss this appeal with prejudice.

Accordingly, the parties' "Agreed Motion to Dismiss" is granted.  Costs are taxed against the party incurring same.  Tex. R. App. P. 42.1(d).

MATT JOHNSON
Chief Justice

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Rose[1]
Dismissed
Opinion delivered and filed January 30, 2025
[CV06]



---

[1] The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.